BAILEY & OROZCO, LLC  
744 Broad Street  
Suite 1901  
Newark, New Jersey 07102  
Phone: 973-693-4408  
Fax: 973-735-2719  
Attorneys for Defendant Binesh Prasad

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INN WORLDWIDE, INC, a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>JAISHREE, INC., a Utah Corporation, PRAVEEN LAL, an individual; and BINESH PRASAD, an individual<br><br>Defendants. | Civil Action No: 2:13-cv-02868-ES-JAD<br><br>**CONSENT ORDER VACATING DEFAULT & ALLOWING DEFENDANT TO FILE A LATE ANSWER OR OTHERWISE DEFEND** |

**THIS MATTER** having been opened to the Court upon submission of Bailey & Orozco, LLC (Michael A. Orozco, Esq.), attorneys for Defendant, Binesh Prasad, and it appearing the attorneys for Plaintiffs have consented to the entry of this Order as it pertains to Binesh Prasad only, and good cause having been shown by the parties pursuant to Fed. R. Civ. Pro. 55(a) and Fed. R. Civ. Pro. 60(b)(6)

**IT IS** on this 16th day of October, 2013,

**ORDERED** that the default entered on July 16, 2013 is hereby vacated as to Binish Prasad only; Plaintiff's Motion for Default Judgment returnable October 7, 2013, is hereby withdrawn by Plaintiff as it pertains to Binesh Prasad only; and Defendant, Binesh Prasad is hereby allowed to file a late Answer or otherwise defend in the above matter within seven (7) days of electronic filing of this Consent Order by the Court; and it is

**FURTHER ORDERED**, service of the within Order on shall be deemed effective upon electronic filing by the Court.

_____
Joseph A. Dickson
United States Magistrate Judge

We hereby consent to the entry of the above Order.

**CLYDE & CO US, LLP**
**Attorneys for Plaintiff**


  /s/ Bryan Couch
Bryan P. Couch, Esq.

Dated: October 10, 2013