<u>Not for Publication</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| **DAYS INNS WORLDWIDE, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No. 13-2868 (ES) (MAH)** |
| | : | |
| **v.** | : | <u>**ORDER**</u> |
| | : | |
| **JAISHREE, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

Pending before the Court is a motion for default judgment filed by Plaintiff Days Inns Worldwide, Inc.  (D.E. No. 34).  On January 7, 2016, the Court held oral argument in connection with this motion.

For the reasons stated on the record, it is hereby

**ORDERED** that Plaintiff Days Inns Worldwide, Inc.'s default judgment motion, (D.E. No. 34), is DENIED *without prejudice*; and it is further

**ORDERED** that Plaintiff Days Inns Worldwide, Inc. may re-file a default judgment motion—which, *inter alia*, addresses the deficiency identified by the Court during the January 7, 2016 hearing.

Date: January 7, 2016.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**